IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In the Matter of THE COMPLAINT OF UNDER THE BRIDGE WATERSPORTS, LLC, as Owner of the 2001 Godfrey Marine Company 22' 0" pontoon vessel Seeking Exoneration from or Limitation of Liability | * * * | Civil Action No.: 1:20-cv-01111-GLR |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**COMPLAINANT UNDER THE BRIDGE WATERSPORTS, LLC'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS <u>MOTION FOR SUMMARY JUDGMENT: EXHIBIT INDEX</u>**

Complainant, Under the Bridge Watersports, LLC, ("Complainant" or "UTB"), by and through its attorneys, and pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, hereby files this Exhibit Index in connection with its Memorandum of Points and Authorities in Support of its Motion for Summary Judgment in the above-captioned matter.

**EXHIBIT INDEX**

A. **Pontoon Rental Guide** ................................................................................................ 1-11
B. **Participant Agreement, Release and Assumption of Risk** ...................................... 1-4
C. **Wetsuit Refusal Agreement** ....................................................................................... 1-3
D. **Designated Operator Agreement** .................................................................................. 1
E. **Cameron Riley Deposition Transcript** ................................................................. Excerpt
F. **Claimant Michael Dorris, Jr., Deposition Transcript** ........................................ Excerpt
G. **Claimant Jennifer Tressler Deposition Transcript** ............................................ Excerpt
H. **Claimant Christina Dorris Deposition Transcript** ............................................. Excerpt
I. **Claimant Connor Tressler Deposition Transcript** ............................................. Excerpt
J. **Claimant Nathaniel Dorris Deposition Transcript** ............................................ Excerpt
K. **Claimant Milena Dorris Deposition Transcript** ................................................. Excerpt
L. **Expert Stephen Mason Deposition Transcript** ................................................... Excerpt