# Exhibit B

# PARTICIPANT AGREEMENT, RELEASE AND ASSUMPTION OF RISK

In consideration of the services of Under the Bridge Watersports LLC, West OC Marina LLC, Paradise Parasail LLC, their agents, owners, officers, volunteers, employees, and all other persons or entities acting in any capacity on their behalf (hereinafter collectively referred to as "UBW"), I hereby agree to release, indemnify, and discharge UBW, on behalf of myself, my spouse, my children, my parents, my heirs, assigns, personal representative and estate as follows:

1. I acknowledge that my participation in Guided Watersport Activities, Boats and Personal Watercraft, Banana Boats, Eco Tours and Bay Fishing Tours activities entails known and unanticipated risks that could result in physical or emotional injury, paralysis, death, or damage to myself, to property, or to third parties. I understand that such risks simply cannot be eliminated without jeopardizing the essential qualities of the activity.

**The risks include, among other things**: slips and falls; accidental drowning; watercraft may capsize and cause entrapment; travel in remote areas; collision with objects or other watercraft; rapidly changing adverse weather and water conditions; watercraft is slippery when wet and accidents can occur while getting on or off; the negligence of participants, or other persons who may be present; exhaustion; exposure to the elements of the outdoors and natural surroundings which could cause cold water shock, hypothermia, hyperthermia (heat related illnesses), heat exhaustion, sunburn, dehydration; exposure to potentially dangerous wild animals, insect bites, and hazardous plant life; aggressive and/or poisonous marine life; passengers can be jolted, jarred, bounced, thrown about and otherwise shaken during rides; passengers can be thrown off the vehicles; strains, sprains, broken bones and musculoskeletal injuries including head, neck, and back injuries; cuts, abrasions, and bruises; the negligence of participants, or other persons who may be present; equipment failure or operator error; accidents involving other vehicles, vessels or watercrafts; collision with fixed or movable objects; collisions, and flipping over; accidents or illness can occur in remote places without medical facilities; my own physical condition, and the physical exertion associated with this activity. Additionally, fatigue, chill and/or dizziness may diminish my/our reaction time and increase the risk of an accident. Traveling to and from the pier raises the possibility of any manner of transportation accidents.

Furthermore, UBW personnel have difficult jobs to perform. They seek safety, but they are not infallible. They might be unaware of a participant's fitness or abilities. They might misjudge the weather or other environmental conditions. They may give incomplete warnings or instructions, and the equipment being used might malfunction.

2. I expressly agree and promise to accept and assume all of the risks existing in this activity. My participation in this activity is purely voluntary, and I elect to participate in spite of the risks. Additionally, I agree to wear a U.S. Coast Guard approved personal flotation device (life jacket) and wetsuit bottom (or clothing that provides equivalent protection) while participating in this activity.

3. I hereby voluntarily release, forever discharge, and agree to indemnify and hold harmless UBW from any and all claims, demands, or causes of action, which are in any way connected with my participation in this activity or my use of UBW's equipment or facilities, **including any such claims which allege negligent acts or omissions of UBW.**

4. Should UBW or anyone acting on their behalf, be required to incur attorney's fees and costs to enforce this agreement, I agree to indemnify and hold them harmless for all such fees and costs.

5. I certify that I have adequate insurance to cover any injury or damage I may cause or suffer while participating, or else I agree to bear the costs of such injury or damage myself. I further certify that I am willing to assume the risk of any medical or physical condition I may have.

6. In the event that I file a lawsuit against UBW, I agree to do so solely in the state of Maryland, and I further agree that the substantive law of that state shall apply in that action without regard to the conflict of law rules of that state. I agree that if any portion of this agreement is found to be void or unenforceable, the remaining document shall remain in full force and effect.

By signing this document, I acknowledge that if anyone is hurt or property is damaged during my participation in this activity, I may be found by a court of law to have waived my right to maintain a lawsuit against UBW on the basis of any claim from which I have released them herein. I also agree that this document is valid for subsequent visits and participation at UBW. I also agree that this document is valid for subsequent visits and participation at UBW.

I have had sufficient opportunity to read this entire document. I have read and understood it, and I agree to be bound by its terms.

Print Name: Jennifer Tressler   Phone Number: 717-576-8555
Address: 433 Vesta Dr.   City: Dauphin
State: PA   Zip: 17018   Email: tressler15@comcast.net
Signature of Participant: Jennifer Tressler   Date: 8-1-19

### PARENT'S OR GUARDIAN'S ADDITIONAL INDEMNIFICATION
(Must be completed for participants under the age of 18)

In consideration of the following minor(s) Logan Tressler, Luke Tressler, Kyle Hower, Damon Schorr, Ryan Hanson _____ (clearly print Minor's or Minors' name(s)) being permitted by UBW to participate in its activities and to use its equipment and facilities, I further agree to indemnify and hold harmless UBW from any and all claims which are brought by, or o behalf of Minor(s), and which are in any way connected with such use or participation by Minor(s).

Parent or Guardian: Jennifer Tressler   Print Name: Jennifer Tressler   Date: 8-1-19

# PARTICIPANT AGREEMENT, RELEASE AND ASSUMPTION OF RISK

In consideration of the services of Under the Bridge Watersports LLC, West OC Marina LLC, Paradise Parasail LLC, their agents, owners, officers, volunteers, employees, and all other persons or entities acting in any capacity on their behalf (hereinafter collectively referred to as "UBW"), I hereby agree to release, indemnify, and discharge UBW, on behalf of myself, my spouse, my children, my parents, my heirs, assigns, personal representative and estate as follows:

1. I acknowledge that my participation in Guided Watersport Activities, Boats and Personal Watercraft, Banana Boats, Eco Tours and Bay Fishing Tours activities entails known and unanticipated risks that could result in physical or emotional injury, paralysis, death, or damage to myself, to property, or to third parties. I understand that such risks simply cannot be eliminated without jeopardizing the essential qualities of the activity.

   **The risks include, among other things**: slips and falls; accidental drowning; watercraft may capsize and cause entrapment; travel in remote areas; collision with objects or other watercraft; rapidly changing adverse weather and water conditions; watercraft is slippery when wet and accidents can occur while getting on or off; the negligence of participants, or other persons who may be present; exhaustion; exposure to the elements of the outdoors and natural surroundings which could cause cold water shock, hypothermia, hyperthermia (heat related illnesses), heat exhaustion, sunburn, dehydration; exposure to potentially dangerous wild animals, insect bites, and hazardous plant life; aggressive and/or poisonous marine life; passengers can be jolted, jarred, bounced, thrown about and otherwise shaken during rides; passengers can be thrown off the vehicles; strains, sprains, broken bones and musculoskeletal injuries including head, neck, and back injuries; cuts, abrasions, and bruises; the negligence of participants, or other persons who may be present; equipment failure or operator error; accidents involving other vehicles, vessels or watercrafts; collision with fixed or movable objects; collisions, and flipping over; accidents or illness can occur in remote places without medical facilities; my own physical condition, and the physical exertion associated with this activity. Additionally, fatigue, chill and/or dizziness may diminish my/our reaction time and increase the risk of an accident. Traveling to and from the pier raises the possibility of any manner of transportation accidents.

   Furthermore, UBW personnel have difficult jobs to perform. They seek safety, but they are not infallible. They might be unaware of a participant's fitness or abilities. They might misjudge the weather or other environmental conditions. They may give incomplete warnings or instructions, and the equipment being used might malfunction.

2. I expressly agree and promise to accept and assume all of the risks existing in this activity. My participation in this activity is purely voluntary, and I elect to participate in spite of the risks. Additionally, I agree to wear a U.S. Coast Guard approved personal flotation device (life jacket) and wetsuit bottom (or clothing that provides equivalent protection) while participating in this activity.

3. I hereby voluntarily release, forever discharge, and agree to indemnify and hold harmless UBW from any and all claims, demands, or causes of action, which are in any way connected with my participation in this activity or my use of UBW's equipment or facilities, **including any such claims which allege negligent acts or omissions of UBW**.

4. Should UBW or anyone acting on their behalf, be required to incur attorney's fees and costs to enforce this agreement, I agree to indemnify and hold them harmless for all such fees and costs.

5. I certify that I have adequate insurance to cover any injury or damage I may cause or suffer while participating, or else I agree to bear the costs of such injury or damage myself. I further certify that I am willing to assume the risk of any medical or physical condition I may have.

6. In the event that I file a lawsuit against UBW, I agree to do so solely in the state of Maryland, and I further agree that the substantive law of that state shall apply in that action without regard to the conflict of law rules of that state. I agree that if any portion of this agreement is found to be void or unenforceable, the remaining document shall remain in full force and effect.

**By signing this document, I acknowledge that if anyone is hurt or property is damaged during my participation in this activity, I may be found by a court of law to have waived my right to maintain a lawsuit against UBW on the basis of any claim from which I have released them herein. I also agree that this document is valid for subsequent visits and participation at UBW. I also agree that this document is valid for subsequent visits and participation at UBW.**

I have had sufficient opportunity to read this entire document. I have read and understood it, and I agree to be bound by its terms.

Print Name: Michael J Dorris    Phone Number: 717 503-6049
Address: 289 Mindy Dr    City: Harrisburg
State: PA    Zip: 17112    Email: dorrischristina@yahoo.com
Signature of Participant: [signature]    Date: 1 Aug 19

## PARENT'S OR GUARDIAN'S ADDITIONAL INDEMNIFICATION
*(Must be completed for participants under the age of 18)*

In consideration of the following minor(s) Tony Poskal, Jake Shimov, Randy Rudy _____ (clearly print Minor's or Minors' name(s)) being permitted by UBW to participate in its activities and to use its equipment and facilities, I further agree to indemnify and hold harmless UBW from any and all claims which are brought by, or on behalf of Minor(s), and which are in any way connected with such use or participation by Minor(s).

[signature]    Michael Dorris    1 Aug 19

# PARTICIPANT AGREEMENT, RELEASE AND ASSUMPTION OF RISK

In consideration of the services of Under the Bridge Watersports LLC, West OC Marina LLC, Paradise Parasail LLC, their agent owners, officers, volunteers, employees, and all other persons or entities acting in any capacity on their behalf (hereinafter collectively referre to as "UBW"), I hereby agree to release, indemnify, and discharge UBW, on behalf of myself, my spouse, my children, my parents, my heir assigns, personal representative and estate as follows:

1. I acknowledge that my participation in Guided Watersport Activities, Boats and Personal Watercraft, Banana Boats, Eco Tours and Ba Fishing Tours activities entails known and unanticipated risks that could result in physical or emotional injury, paralysis, death, or damag to myself, to property, or to third parties. I understand that such risks simply cannot be eliminated without jeopardizing the essenti qualities of the activity.

**The risks include, among other things:** slips and falls; accidental drowning; watercraft may capsize and cause entrapment; travel in remot areas; collision with objects or other watercraft; rapidly changing adverse weather and water conditions; watercraft is slippery when wet an accidents can occur while getting on or off; the negligence of participants, or other persons who may be present; exhaustion; exposure to th elements of the outdoors and natural surroundings which could cause cold water shock, hypothermia, hyperthermia (heat related illnesses), hea exhaustion, sunburn, dehydration; exposure to potentially dangerous wild animals, insect bites, and hazardous plant life; aggressive and/c poisonous marine life; passengers can be jolted, jarred, bounced, thrown about and otherwise shaken during rides; passengers can be thrown o the vehicles; strains, sprains, broken bones and musculoskeletal injuries including head, neck, and back injuries; cuts, abrasions, and bruises; th negligence of participants, or other persons who may be present; equipment failure or operator error; accidents involving other vehicles, vessel or watercrafts; collision with fixed or movable objects; collisions, and flipping over; accidents or illness can occur in remote places withou medical facilities; my own physical condition, and the physical exertion associated with this activity. Additionally, fatigue, chill and/or dizzines may diminish my/our reaction time and increase the risk of an accident. Traveling to and from the pier raises the possibility of any manner transportation accidents.

Furthermore, UBW personnel have difficult jobs to perform. They seek safety, but they are not infallible. They might be unaware of participant's fitness or abilities. They might misjudge the weather or other environmental conditions. They may give incomplete warnings c instructions, and the equipment being used might malfunction.

2. I expressly agree and promise to accept and assume all of the risks existing in this activity. My participation in this activity is purel voluntary, and I elect to participate in spite of the risks. Additionally, I agree to wear a U.S. Coast Guard approved personal flotatio device (life jacket) and wetsuit bottom (or clothing that provides equivalent protection) while participating in this activity.

3. I hereby voluntarily release, forever discharge, and agree to indemnify and hold harmless UBW from any and all claims, demands, c causes of action, which are in any way connected with my participation in this activity or my use of UBW's equipment or facilitie **including any such claims which allege negligent acts or omissions of UBW.**

4. Should UBW or anyone acting on their behalf, be required to incur attorney's fees and costs to enforce this agreement, I agree to indemnif and hold them harmless for all such fees and costs.

5. I certify that I have adequate insurance to cover any injury or damage I may cause or suffer while participating, or else I agree to bear th costs of such injury or damage myself. I further certify that I am willing to assume the risk of any medical or physical condition I may have

6. In the event that I file a lawsuit against UBW, I agree to do so solely in the state of Maryland, and I further agree that the substantive law that state shall apply in that action without regard to the conflict of law rules of that state. I agree that if any portion of this agreement found to be void or unenforceable, the remaining document shall remain in full force and effect.

By signing this document, I acknowledge that if anyone is hurt or property is damaged during my participation in this activity, I may be found by a court of law to have waived my right to maintain a lawsuit against UBW on the basis of any claim from which I have released them herein. I also agree that this document is valid for subsequent visits and participation at UBW. I also agree that this document is valid for subsequent visits and participation at UBW.

I have had sufficient opportunity to read this entire document. I have read and understood it, and I agree to be bound by its terms.

Print Name: Christina Dorris     Phone Number: 717 350-5780
Address: 289 Mindy Dr.     City: Harrisburg
State: PA     Zip: 17112     Email: dorrischristina@yahoo.com
Signature of Participant: [signature]     Date: 1 Aug 19

## PARENT'S OR GUARDIAN'S ADDITIONAL INDEMNIFICATION

(Must be completed for participants under the age of 18)

In consideration of the following minor(s): Milena Dorris, Bubba Dorris, Rachel La___
_____ (clearly print Minor's or Minors' name(s)) being permitted by UBW to participate in its activiti and to use its equipment and facilities, I further agree to indemnify and hold harmless UBW from any and all claims which are brought by, or o behalf of Minor(s), and which are in any way connected with such use or participation by Minor(s).

## SIGNER STATEMENT OF AWARENESS

...read the foregoing statement carefully before signing and do understand its...

## PARTICIPANT AGREEMENT, RELEASE AND ASSUMPTION OF RISK

In consideration of the services of Under the Bridge Watersports LLC, West OC Marina LLC, Paradise Parasail LLC, their agents, owners, officers, volunteers, employees, and all other persons or entities acting in any capacity on their behalf (hereinafter collectively referred to as "UBW"), I hereby agree to release, indemnify, and discharge UBW, on behalf of myself, my spouse, my children, my parents, my heirs, assigns, personal representative and estate as follows:

1. I acknowledge that my participation in Guided Watersport Activities, Boats and Personal Watercraft, Banana Boats, Eco Tours and Bay Fishing Tours activities entails known and unanticipated risks that could result in physical or emotional injury, paralysis, death, or damage to myself, to property, or to third parties. I understand that such risks simply cannot be eliminated without jeopardizing the essential qualities of the activity.

**The risks include, among other things:** slips and falls; accidental drowning; watercraft may capsize and cause entrapment; travel in remote areas; collision with objects or other watercraft; rapidly changing adverse weather and water conditions; watercraft is slippery when wet and accidents can occur while getting on or off; the negligence of participants, or other persons who may be present; exhaustion; exposure to the elements of the outdoors and natural surroundings which could cause cold water shock, hypothermia, hyperthermia (heat related illnesses), heat exhaustion, sunburn, dehydration; exposure to potentially dangerous wild animals, insect bites, and hazardous plant life; aggressive and/or poisonous marine life; passengers can be jolted, jarred, bounced, thrown about and otherwise shaken during rides; passengers can be thrown off the vehicles; strains, sprains, broken bones and musculoskeletal injuries including head, neck, and back injuries; cuts, abrasions, and bruises; the negligence of participants, or other persons who may be present; equipment failure or operator error; accidents involving other vehicles, vessels or watercrafts; collision with fixed or movable objects; collisions, and flipping over; accidents or illness can occur in remote places without medical facilities; my own physical condition, and the physical exertion associated with this activity. Additionally, fatigue, chill and/or dizziness may diminish my/our reaction time and increase the risk of an accident. Traveling to and from the pier raises the possibility of any manner of transportation accidents.

Furthermore, UBW personnel have difficult jobs to perform. They seek safety, but they are not infallible. They might be unaware of a participant's fitness or abilities. They might misjudge the weather or other environmental conditions. They may give incomplete warnings or instructions, and the equipment being used might malfunction.

2. I expressly agree and promise to accept and assume all of the risks existing in this activity. My participation in this activity is purely voluntary, and I elect to participate in spite of the risks. Additionally, I agree to wear a U.S. Coast Guard approved personal flotation device (life jacket) and wetsuit bottom (or clothing that provides equivalent protection) while participating in this activity.

3. I hereby voluntarily release, forever discharge, and agree to indemnify and hold harmless UBW from any and all claims, demands, or causes of action, which are in any way connected with my participation in this activity or my use of UBW's equipment or facilities, **including any such claims which allege negligent acts or omissions of UBW.**

4. Should UBW or anyone acting on their behalf, be required to incur attorney's fees and costs to enforce this agreement, I agree to indemnify and hold them harmless for all such fees and costs.

5. I certify that I have adequate insurance to cover any injury or damage I may cause or suffer while participating, or else I agree to bear the costs of such injury or damage myself. I further certify that I am willing to assume the risk of any medical or physical condition I may have.

6. In the event that I file a lawsuit against UBW, I agree to do so solely in the state of Maryland, and I further agree that the substantive law of that state shall apply in that action without regard to the conflict of law rules of that state. I agree that if any portion of this agreement is found to be void or unenforceable, the remaining document shall remain in full force and effect.

By signing this document, I acknowledge that if anyone is hurt or property is damaged during my participation in this activity, I may be found by a court of law to have waived my right to maintain a lawsuit against UBW on the basis of any claim from which I have released them herein. I also agree that this document is valid for subsequent visits and participation at UBW. I also agree that this document is valid for subsequent visits and participation at UBW.

I have had sufficient opportunity to read this entire document. I have read and understood it, and I agree to be bound by its terms.

Print Name: Connor Tressler   Phone Number: 717-574-0_
Address: 433 Vesta Drive   City: Dauphin
State: PA   Zip: 17018   Email: ___
Signature of Participant: [signature]   Date: 8/01/19

## PARENT'S OR GUARDIAN'S ADDITIONAL INDEMNIFICATION

(Must be completed for participants under the age of 18)

In consideration of the following minor(s) _____

_____ (clearly print Minor's or Minors' name(s)) being permitted by UBW to participate in its a...